## RECONSIDERATION OF PRIOR DECISIONS

**2009–0213. Ohio Apt. Assn. v. Levin.**
Board of Tax Appeals, No. 2006–A–861. Reported at 127 Ohio St.3d 76, 2010-Ohio-4414, 936 N.E.2d 919. On motion for reconsideration. Motion denied.
BROWN, C.J., and PFEIFER and O'CONNOR, JJ., dissent.

**2009–1321. Squire, Sanders & Dempsey, L.L.P. v. Givaudan Flavors Corp.**
Cuyahoga App. No. 92366, 2009-Ohio-2490. Reported at 127 Ohio St.3d 161, 2010-Ohio-4469, 937 N.E.2d 533. On motion for reconsideration. Motion denied.

**2010–0296. Moss v. Lorain Cty. Bd. of Mental Retardation.**
Lorain App. No. 09CA009550, 185 Ohio App.3d 395, 2009-Ohio-6931. Reported at 126 Ohio St.3d 1582, 2010-Ohio-4542, 934 N.E.2d 355. On motion for reconsideration. Motion denied.

**2010–0676. State ex rel. Martin v. Ohio Adult Parole Auth.**
Cuyahoga App. No. 94645, 2010-Ohio-1582. Reported at 126 Ohio St.3d 506, 2010-Ohio-4727, 935 N.E.2d 416. On motion for reconsideration. Motion denied.

**2010–0962. State v. Reid.**
Montgomery App. No. 23409, 2010-Ohio-1686. Reported at 126 Ohio St.3d 1597, 2010-Ohio-4928, 935 N.E.2d 44. On motion for reconsideration. Motion denied.
LUNDBERG STRATTON and LANZINGER, JJ., dissent.

**2010–0993. N.E. Ohio Neighborhood Health Serv. V. Bikkani.**
Cuyahoga App. No. 94159. Reported at 126 Ohio St.3d 1583, 2010-Ohio-4542, 934 N.E.2d 355. On motion for reconsideration. Motion denied.

**2010–1051. Columbus v. Thomas.**
Franklin App. No. 09AP–935, 2010-Ohio-1997. Reported at 126 Ohio St.3d 1584, 2010-Ohio-4542, 934 N.E.2d 356. On motion for reconsideration. Motion denied.

**2010–1053. Dublin v. Bansek.**
Franklin App. No. 10AP–14, 2010-Ohio-2372. Reported at 126 Ohio St.3d 1584, 2010-Ohio-4542, 934 N.E.2d 356. On motion for reconsideration. Motion denied.

**2010–1061. State v. Ferrell.**
Cuyahoga App. No. 92573. Reported at 126 Ohio St.3d 1581, 2010-Ohio-4542, 934 N.E.2d 354. On motion for reconsideration. Motion denied.
BROWN, C.J., dissents and would grant the motion as to Proposition of Law No. I.
O'DONNELL and LANZINGER, JJ., dissent.

**2010–1064. State v. Knapik.**
Summit App. No. 25180. Reported at 126 Ohio St.3d 1584, 2010-Ohio-4542, 934 N.E.2d 356. On motion for reconsideration. Motion denied.
LUNDBERG STRATTON, O'CONNOR, and O'DONNELL, JJ., dissent.

**2010–1099. Schultz v. Univ. of Cincinnati College of Medicine.**
Franklin App. No. 09AP–900, 2010-Ohio-2071. Reported at 126 Ohio St.3d 1585, 2010-Ohio-4542, 934 N.E.2d 356. On motion for reconsideration. Motion denied.
PFEIFER, J., dissents.